| AUSA: | Regina R. McCullough | Telephone: (313) 226-9618 |
|---|---|---|
| Special Agent: | Rajay Robinson | Telephone: (313) 234-4000 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Armando Alejandro VALLEJO,
Jose Antonio Sanchez MEDINA

Case: 2:25−mj−30743
Assigned To : Unassigned
Assign. Date : 12/8/2025
Description: CMP USA v Vallejo et al.
(SH)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 5, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846 | Possession with intent to distribute controlled substances<br>Conspiracy to distribute controlled substances |

This criminal complaint is based on these facts:
See affidavit

☑ Continued on the attached sheet.

*R. Robinson*
*Complainant's signature*

Special Agent  Rajay Robinson
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 12/08/2025

*[signature]*
*Judge's signature*

City and state: Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF COMPLAINT

Affiant, Special Agent Rajay Robinson, being duly sworn, deposes and states the following:

1. I am a Special Agent (SA) of the Drug Enforcement Administration and has been so employed since March of 2024 and is a law enforcement officer empowered to conduct investigations and make arrests for violations of Title 21, United States Code.

2. This affidavit is provided in support of a criminal complaint against Armando Alejandro VALLEJO and Jose Antonio Sanchez MEDINA and is based on my personal knowledge obtained from personal observation, review of documents, reports, and information received from other law enforcement agents and subject-matter experts.  Because of the limited purpose of this affidavit, I have not set forth all of the information of which I have become aware in the course of this investigation.

3. In August 2025, the DEA's Detroit Division Office (DDO) Homeland Security Task Force Group 4 (HSTFG4) began investigating the criminal activities of Armando Alejandro VALLEJO in reference to information provided by a DEA confidential source (CS). The CS indicated that VALLEJO was involved in kilogram level cocaine distribution in the Detroit Metropolitan Area and had ties to Texas and Mexico.

4. On October 5, 2025, the Kalamazoo Valley Enforcement Team (KVET) investigators monitoring the court authorized cellular telephone location for their target of investigation Juan Carlos SILVA, informed HSTFG4 investigators that SILVA was traveling eastbound on Interstate-94 toward Detroit from Kalamazoo. DEA investigators previously identified SILVA and VALLEJO's connection through a Customs and Border Protection (CBP) query, which showed that VALLEJO traveled inbound from Mexico at the El Paso point of entry on April 3, 2025, with a 2008 Volkswagen Touareg 2 bearing Michigan Registration plate EHH538. Per the Michigan Secretary of State database, the vehicle registers to Juan Carlos SILVA, 817 Staples Avenue, Kalamazoo, Michigan. Telephone contact toll analysis from subpoena records also showed that VALLEJO and SILVA were in communication with each other.

5. At approximately 8:57 pm, DEA HSTFG4 and the Federal Bureau of Investigation (FBI) HSTFG1 investigators observed that the court authorized cellular telephone location for SILVA provided by KVET investigators as well as the court authorized cellular telephone location for VALLEJO, were both in the vicinity of VALLEJO's address located at 4711 N Campbell Street, Detroit, Michigan.

6. At approximately 9:14 pm, DEA and FBI investigators established surveillance in the vicinity of 4711 N Campbell Street. Upon arriving in the area of the residence,

1

Investigators observed a dark blue Hyundai Sonata bearing Michigan Registration plate 038G633 parked on the east side of N Campbell Steet across from VALLEJO's residence. Per the Michigan Secretary of State database, the vehicle registers to Tony's Unlimited Detailing, 7441 S Westnedge Avenue STE 400, Portage, MI. KVET investigators provided to DEA investigators that the Hyundai Sonata was the vehicle SILVA drove from Kalamazoo to Detroit. Investigators also observed a white Chevrolet Avalanche and a silver Toyota Corolla parked on the west side of N Campbell Street outside VALLEJO's residence. Both vehicles were observed being driven by VALLEJO during physical surveillance.

7. At approximately 9:21 pm, investigators observed headlights flashing on the Hyundai Sonata and the Chevrolet Avalanche. Shortly after, investigators observed the Sonata and the Chevrolet Avalanche departed from N Campbell Street east bound toward Horatio Street in tandem. Investigators maintained physical surveillance of the vehicles.

8. At approximately 9:28 pm, investigators observed both vehicles arrived at CVS Pharmacy located at 1935 Campbell Street, Detroit, Michigan, and parked at the east side of the parking lot.

9. At approximately 9:29 pm, investigators observed VALLEJO exited the Chevrolet and entered the passenger seat of the Hyundai Sonata. Shortly after, investigators then observed a red GMC Sierra arrived and parked next to SILVA's vehicle on the north side of the parking lot.

10. At approximately 9:37 pm, investigators observed the Chevrolet Avalanche departed the parking lot eastbound on Vernor W. Investigators then observed the GMC reposition to the south side of SILVA's vehicle. Approximately five minutes later, investigators observed the driver of the GMC exited the vehicle and observed SILVA exited the Hyundai, then observed both individuals walked to the trunk of their vehicles and opened them.

11. At approximately 9:43 pm, investigators observed a bus arrived at the bus station within the vicinity of the parking lot on Campbell Street and observed the Chevrolet Avalanche returned to the parking lot next to SILVA's vehicle. Investigators then observed a Hispanic male exited the bus with multiple bags and walked over to SILVA and VALLEJO's vehicles.

12. At approximately 9:44 pm, investigators observed the Hispanic male placed bags into both the Chevrolet Avalanche and SILVA's vehicle then observed the male entered the passenger side of SILVA's vehicle. Investigators then observed the male exited SILVA's vehicle and entered the Chevrolet Avalanche. Investigators observed both vehicles departed the parking lot in tandem westbound on Vernor W approximately two minutes after. Investigators maintained physical surveillance of the vehicles.

13. At approximately 9:47 pm, investigators observed the Chevrolet Avalanche stopped in the center of the road northbound on Military Street, with SILVA's Hyundai waiting behind it. Investigators then observed VALLEJO exited the Chevrolet and going through the duffel bag at the rear of the Chevrolet that was placed there by the Hispanic male that exited the bus and entered the Chevrolet. VALLEJO reentered the Chevrolet and continued northbound. Investigators maintained physical surveillance of the vehicles. Investigators also observed Michigan Registration plate EYR5229 on the Chevrolet. Per the Michigan Secretary of State database, the vehicle registers to Armando Alejandro VALLEJO, 4711 N Campbell Street, Detroit, MI.

14. At approximately 10:04 pm, at the request of investigators, Dearborn Police Officer Dupray and Officer Sturdevan initiated a walled-off traffic stop of the Chevrolet westbound on Ford Road and Greenview Avenue, Dearborn, Michigan, for a broken taillight.

15. Task Force Officer (TFO) Dobrzycki arrived at the traffic stop to assist Dearborn Police Officers and deployed fully trained and certified narcotics detection K-9 Officer Legend around the exterior of the Chevrolet, in which K-9 Officer Legend showed a positive alert to the rear bumper of the vehicle.

16. Upon searching the Chevrolet, TFO Dobrzycki located a large black duffel bag in the tailgate/trunk of the Chevrolet. Upon opening the duffel bag, investigators located 18 rectangular shaped and similar sized packages which were wrapped in brown tape/wrapping paper, which was concealed in clothing inside of the duffel bag. Investigators opened one of the packages and field tested it, showing a positive result for cocaine. Investigators believed that approximately 18 kilograms of cocaine was seized.

17. The occupants of the Chevrolet were Armando VALLEJO, who was the driver, Juan ORNELAS-SAHAGUN, and Brianna ROMERO-CASTILLO, who were all placed under arrest. Subsequently, VALLEJO and ROMERO-CASTILLO were released pending further investigation.

18. TFO Dobrzycki observed that on the handle of the duffel bag, there was a travel tag for the Tornado Bus Company with a passenger named JUAN ORNELAS on the travel tag. The tag showed that ORNELAS departed Dallas, Texas on 10/04/2025 at 7:15 pm and was set to arrive in Detroit as the final destination.

19. On December 1, 2025, the Honorable Donald Chisholm authorized a court ordered Global Positioning System (GPS) tracker to be placed on VALLEJO's white 2012 Chevrolet Avalanche with Vehicle Identification Number (VIN): 3GNTKEE72CG200122 and bearing Michigan registration plate EYR5229.

20. At approximately 3:30 pm on December 2, 2025, investigators monitored the court authorized GPS tracker location for the Chevrolet and observed that the

vehicle was located at Storage Rentals of America, 2200 Airey Court, Ann Arbor, Michigan 48103.

21. On December 3, 2025, investigators monitored the court authorized GPS tracker location for the Chevrolet and observed that the vehicle was located at American Trailer Mart, 3225 W Huron Street, Waterford Township, Michigan 48328.

22. Investigators initiated physical surveillance at approximately 10:35 am at the American Trailer Mart and observed the Chevrolet Avalanche in the parking lot of the business. Investigators observed both VALLEJO and MEDINA take photos of one of the trailers in the parking lot, then entered the business with what appeared to be one of the business workers.

23. Some time later, investigators observed VALLEJO and MEDINA exited the business and appeared to attach a trailer to the Chevrolet with one of the business workers. Both VALLEJO and MEDINA entered the Chevrolet and departed the business towing a newly purchased trailer. Investigators observed that temporary registration tag C8759889 had been issued for the trailer. Per the Michigan Secretary of State databases, the trailer registers to Armando Vallejo.

24. At approximately 10:11 pm, investigators observed that the GPS tracker location was in the vicinity of the Storage Rentals of America.

25. At approximately 12:43 am on December 4, 2025, investigators observed that the GPS tracker was traveling westbound on Interstate-94. At approximately 9:58 am, investigators observed that the GPS tracker location showed the Chevrolet at 1411 Holly Hill Drive, Champaign, Illinois 61821. Investigators observed that the GPS tracker location remained in Illinois for the remainder of the day.

26. On December 5, 2025, investigators monitoring the GPS tracker observed that the Chevrolet was traveling northeast toward Michigan from Illinois. Investigators initiated physical surveillance of the Chevrolet along I-94 eastbound near Paw Paw, Michigan, and observed a white 2021 GMC Sierra 3500 bearing Michigan registration plate 7QDV82 traveling in tandem with VALLEJO's Chevrolet Avalanche. Per Michigan Secretary of State database, the GMC registers to Karl Anthony Willis, 23173 Fredericks Drive #2, Brownstown Township, Michigan 48134. Investigators further observed the white GMC towing the previously identified trailer with Michigan temporary plate C8759889 registered to VALLEJO.

27. Investigators observed that the trailer was carrying an orange Nissan forklift. Investigators requested Blackman Township Police Department to conduct a traffic stop of the white GMC Sierra as well as the Chevrolet Avalanche on Interstate-94 eastbound in Blackman Township, Michigan for no taillight on the trailer and an unreadable plate.

4

28. Upon the traffic stop, TFO Dobrzycki utilized fully trained and certified narcotics detection K-9 Officer Legend to conduct an open-air sniff of the white GMC as well as the trailer and forklift, in which a positive alert was indicated. Investigators conducted a search of the forklift and located 7 rectangular shaped packages wrapped in brown wrapping paper as well as clear plastic wrap inside of what appeared to be a trap underneath the seat of the forklift. Investigators believe to have seized seven kilograms of suspected cocaine concealed within the forklift. During a search of the Chevrolet Avalanche, investigators recovered a storage unit receipt listing VALLEJO as the renter of Unit B140 at Storage Rentals of America located at 2200 Airey Court, Ann Arbor, Michigan 48103

29. Investigators identified the driver of the GMC Sierra as Armando VALLEJO and observed that Briana ROMERO-CASTILLO was in the passenger seat of the vehicle. The driver of the Chevrolet Avalanche was identified as Jose MEDINA. VALLEJO and MEDINA were placed under arrest and transported to Royal Oak Police Department for temporary holding.

30. A Post Miranda interview was conducted with VALLEJO on December 6, 2025, at the Royal Oak Police Department. VALLEJO provided investigators that himself and MEDINA purchased the trailer towing the forklift on December 3, 2025, and both acquired the orange Nissan forklift from the Storage Rentals of America in Ann Arbor before departing out toward 1411 Holly Hill Drive, Champaign, Illinois in the early hours on December 4, 2025. VALLEJO also provided that at the residence in Illinois, MEDINA appeared to take items from a bag and placed those items from the bag inside of the forklift underneath the seat in the early morning hours on December 5, 2025.

31. VALLEJO has a previous drug related history which includes possession with intent to distribute a controlled substance in 2003, as well as violating probation in 2005 in relation to possession of a controlled substance. MEDINA is identified as Mexican citizen and identified as crossing illegally into the United States without any legal status or permit.

32. Based on the foregoing, as well as his training and experience, your affiant is of the opinion that there is probable cause to support the issuance of a criminal complaint against Armando Alejandro VALLEJO and Jose Antonio Sanchez MEDINA for the crime of Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

_R. Robinson_
Special Agent Rajay Robinson
Drug Enforcement Administration

Sworn to and subscribed before
me this 8 day of December, 2025.

_A. P. P._
HONORABLE ANTHONY P. PATTI
United States District Court
Eastern District of Michigan

6